In the Matter of the ADOPTION OF Amanda Jean DAWSON and Aaron Thomas Dawson.

George L. SLUSHER and Susan Diane Slusher, Respondents,

v.

Thomas D. DAWSON, Appellant.

No. WD 33985.

Missouri Court of Appeals, Western District.

April 12, 1983.

Larry D. Harman, Krebbs, Holdsworth & Harman, Liberty, for appellant.

John R. Shank, Gunn, Hall & Stahl, Gladstone, for respondents.

Before WASSERSTROM, P.J., and TURNAGE and CLARK, JJ.

ORDER

PER CURIAM:

Appeal from judgment granting adoption of two minor children.

Judgment affirmed. Rule 84.16(b).

STATE of Missouri, Respondent,

v.

Damon W. JACKSON, Appellant.

No. WD 34056.

Missouri Court of Appeals, Western District.

April 12, 1983.

David M. Strauss, Public Defender, Jeffrey K. Rath, Asst. Public Defender, Columbia, for appellant.

John Ashcroft, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before SOMERVILLE, C.J., and SHANGLER and PRITCHARD, JJ.

ORDER

PER CURIAM:

The defendant appeals from a conviction for robbery in the first degree and from the sentence of twenty-five years entered in judgment. The claim of error is that the evidence does not support the conviction.

The judgment is affirmed. Rule 30.25(b).